## DICKENSON *v.* GEORGIA SUPPLY COMPANY.

FISH, C. J. There was evidence to authorize the charge excepted to, and sufficient evidence to support the verdict.

*Judgment affirmed. All the Justices concur.*

JUNE 16, 1910.

Equitable petition.  Before Judge Park.  Decatur superior court.  May 22, 1909.

*A. H. Russell* and *T. S. Hawes,* for plaintiff.

*John R. Wilson* and *O'Byrne, Hartridge & Wright,* for defendant.